COX FRICKE LLP
A LIMITED LIABILITY LAW PARTNERSHIP LLP

JOACHIM P. COX                        7520-0
  jcox@cfhawaii.com
ROBERT K. FRICKE                   7872-0
  rfricke@cfhawaii.com
KAMALA S. HAAKE                  9515-0
  khaake@cfhawaii.com
Three Waterfront Plaza, Suite 499
500 Ala Moana Boulevard
Honolulu, Hawai'i  96813
Telephone:  (808) 585-9440
Facsimile:  (808) 524-3838

Attorneys for Defendant
SIGMA FINANCIAL CORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | |
|---|---|
| JAMES H. JOHNSTON and JUDY HILLER GIVENS,<br><br>            Plaintiffs,<br><br>  vs.<br><br>SIGMA FINANCIAL CORP. and GRANT MICHAEL WOOD,<br><br>           Defendants. | Civil No. _____<br>(Other Civil Action)<br><br>NOTICE OF REMOVAL; EXHIBIT "A"; CERTIFICATE OF SERVICE<br><br><br>NO TRIAL DATE HAS BEEN SET |

# **NOTICE OF REMOVAL**

TO:  THE UNITED STATES DISTRICT COURT
     FOR THE DISTRICT OF HAWAI'I

Defendant SIGMA FINANCIAL CORPORATION ("Sigma") hereby petitions the above-entitled Court for removal of the State Court action filed in Civil No. 15-1-2452-12 from the Circuit Court of the First Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i, pursuant to 28 U.S.C. §§ 1332, 1441 and 1446 based on the following facts:

1. Plaintiffs JAMES H. JOHNSTON and JUDY HILLER GIVENS (collectively, "Plaintiffs") filed the above-referenced action in the Circuit Court of the First Circuit, State of Hawai'i on December 28, 2015.

2. The Complaint and Summons were served on Sigma on January 26, 2016.

3. A true and correct copy of the Complaint and Summons is attached hereto as Exhibit "A." Exhibit "A" constitutes all the pleadings served in this action.

4. This Notice of Removal is filed within 30 days of Plaintiffs' service of the Complaint and Summons on Sigma and Mr. Wood.

5. Plaintiffs are citizens and residents of the State of Hawai'i both at the time of the filing the Complaint and at the time of the filing of this Notice of Removal.

6. Sigma is a citizen of Michigan, because it is a corporation organized and existing under the laws of the State of Michigan, with its principal place of business in the State of Michigan both at the time of the filing of the Complaint and at the time of the filing of this Notice of Removal.

7. Defendant Grant Michael Wood is a citizen and resident of the State of California both at the time of the filing of the Complaint and at the time of the filing of this Notice of Removal. Defendant Wood has represented through counsel that he consents to the removal.

8. The amount in controversy exceeds $75,000.00 exclusive of interest and costs. In this action, Plaintiffs seek, among other things, loss of principal and income resulting from their $985,000 investment in two tenancies in common and assumption of $1,856,442.22 in debt. Furthermore, in their prayer for relief, Plaintiffs specifically seek an award of compensatory damages, punitive damages and/or treble damages, as well as attorneys' fees.

9. There is original jurisdiction in the United States District Court for the District of Hawai'i under 28 U.S.C. § 1332 in that there is diversity of citizenship and the amount in controversy exceeds $75,000.00, exclusive of interest and costs.

10. This action may be removed to Federal Court pursuant to 28 U.S.C. §§ 1441 and 1446.

WHEREFORE, Defendant SIGMA FINANCIAL CORPORATION prays that the above-entitled action be removed from the Circuit Court of the First Circuit, State of Hawai'i, to the United States District Court for the District of Hawai'i.

DATED:  Honolulu, Hawaii, February 24, 2016.

/s/Joachim P. Cox
JOACHIM P. COX
ROBERT K. FRICKE
KAMALA S. HAAKE

Attorneys for Defendant
SIGMA FINANCIAL CORP.